**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: MICHAEL S. WOODROW § Case No. 08-73834
   PAULA WOODROW §
§
   Debtors §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/25/2008.

2) The plan was confirmed on 05/22/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/10/2009.

5) The case was dismissed on 10/23/2009.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,255.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 7,984.15 | |
| Less amount refunded to debtor | $ 760.15 | |
| **NET RECEIPTS** | | $ 7,224.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 508.49 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 508.49 |
| Attorney fees paid and disclosed by debtor: | $ 96.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BOHLMAN LAW OFFICES, P.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK | Sec | 8,047.33 | 8,047.33 | 8,047.33 | 2,674.51 | 369.39 |
| JP MORGAN CHASE BANK | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OREGON DEPARTMENT OF | Pri | 2,741.27 | 2,364.12 | 2,364.12 | 0.00 | 0.00 |
| OREGON DEPARTMENT OF | Uns | 0.00 | 3,275.77 | 3,275.77 | 0.00 | 0.00 |
| 500 FAST CASH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ABBTECH STAFFING | Uns | 2,137.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN ACCEPTANCE LLC | Uns | 4,394.00 | NA | NA | 0.00 | 0.00 |
| ASSET MANAGEMENT | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| ASSET RECOVERY GROUP | Uns | 151.00 | NA | NA | 0.00 | 0.00 |
| CALVARY PORTFOLIO | Uns | 276.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 207.00 | 207.00 | 207.00 | 0.00 | 0.00 |
| CASHNET USA | Uns | 520.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 500.00 | 535.53 | 0.00 | 0.00 | 0.00 |
| CHILDRENS & TEEN MEDICAL | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ELIZABETHTOWN | Uns | 148.00 | 148.80 | 148.80 | 0.00 | 0.00 |
| COAST TO COAST FINANCIAL | Uns | 43.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA COLLECTORS | Uns | 759.00 | 1,061.53 | 1,061.53 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| COMMUNITY MEDICAL | Uns | 47.00 | 397.62 | 397.62 | 0.00 | 0.00 |
| CRDT CLEARHA | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| CREDT CLEARHA | Uns | 202.00 | NA | NA | 0.00 | 0.00 |
| CRDT CLEARHA | Uns | 195.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU SYSTEMS | Uns | 1,150.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU SYSTEMS | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS SERVICES | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| DAVID GRAVES DMD | Uns | 402.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 407.00 | 304.53 | 304.53 | 0.00 | 0.00 |
| DENTAL STORE | Uns | 620.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Uns | 2,642.00 | 5,663.78 | 5,663.78 | 0.00 | 0.00 |
| ECMC | Uns | 2,285.00 | 3,361.76 | 3,361.76 | 0.00 | 0.00 |
| ECMC | Uns | 1,790.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Uns | 1,565.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Uns | 722.00 | NA | NA | 0.00 | 0.00 |
| ELIZABETHTOWN RADIOLOGY | Uns | 16.00 | NA | NA | 0.00 | 0.00 |
| EMC MARKETING | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| FIDELITY COLL SVC - OR | Uns | 282.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Sec | 0.00 | 26,191.24 | 1,950.00 | 1,934.48 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Uns | 0.00 | 0.00 | 24,241.24 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Sec | 0.00 | 19,808.06 | 1,755.00 | 1,737.13 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Uns | 0.00 | 0.00 | 18,053.06 | 0.00 | 0.00 |
| GLA COLLECTION CO INC | Uns | 1,854.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTION CO INC | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| HARDIN COUNTY WATER DST. #2 | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| KNB | Uns | 710.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF MITCHELL N. | Uns | 573.00 | NA | NA | 0.00 | 0.00 |
| MCM | Uns | 857.00 | NA | NA | 0.00 | 0.00 |
| METRO AREA COLLECTION | Uns | 60.00 | 1,146.16 | 1,146.16 | 0.00 | 0.00 |
| NATIONWIDE CREDIT INC | Uns | 593.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 609.00 | 926.94 | 926.94 | 0.00 | 0.00 |
| NCO FINANCIAL | Uns | 138.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP INC | Uns | 178.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP INC | Uns | 834.00 | NA | NA | 0.00 | 0.00 |
| NORTON COMMUNITY MED ASSOC | Uns | 126.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VATIV RECOVERY SOLUTIONS LLC | Uns | 499.00 | 499.37 | 499.37 | 0.00 | 0.00 |
| PARKSIDE APARTMENTS | Uns | 742.00 | NA | NA | 0.00 | 0.00 |
| PAYCHECK TODAY | Uns | 520.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY ONE | Uns | 1,163.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 600.00 | 576.70 | 576.70 | 0.00 | 0.00 |
| RMA | Uns | 816.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 366.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT | Uns | 1,012.00 | NA | NA | 0.00 | 0.00 |
| TDM | Uns | 629.00 | NA | NA | 0.00 | 0.00 |
| TOMASELLOS LANDSCAPING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY CHILD HEALTH | Uns | 403.00 | NA | NA | 0.00 | 0.00 |
| XAVIER HEALTHCARE | Uns | 21.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS ORTHPEDICS OF | Uns | 0.00 | 667.53 | 667.53 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 0.00 | 103.92 | 103.92 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 0.00 | 1,253.35 | 1,253.35 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 0.00 | 1,142.31 | 1,142.31 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 292.69 | 292.69 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 0.00 | 874.36 | 874.36 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 6,726.63 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 11,752.33 | $ 6,346.12 | $ 369.39 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 11,752.33 | $ 6,346.12 | $ 369.39 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 2,364.12 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 2,364.12 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 64,198.42 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 508.49 |
| Disbursements to Creditors | $ 6,715.51 |
| **TOTAL DISBURSEMENTS:** | $ 7,224.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 01/26/2010      By: /s/ Lydia S. Meyer
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)